**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CHAMPY,<br><br>                Plaintiff,<br><br>vs.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>                Defendant. | Case No. 3:12cv2761-MMA (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Doc. No. 24] |

Upon due consideration and for good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal. The Court **DISMISSES** this action **WITH PREJUDICE**, with each side to bear their respective costs and attorneys' fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

DATED: June 4, 2013

                                            MICHAEL M. ANELLO
                                            UNITED STATES DISTRICT JUDGE